DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

GOSNEY v. GOLDEN BELT MFG. CO.

No. 246P88.

Case below: 89 N.C. App. 670.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988.

GREGORY v. SADIE COTTON MILLS

No. 324P88.

Case below: 90 N.C. App. 433.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988.

HIGGINS v. SIMMONS

No. 147PA88.

Case below: 89 N.C. App. 61.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1988.

IN RE HALL

No. 245P88.

Case below: 89 N.C. App. 685.

Petition by Mary Yates for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988.

IN RE LYNETTE H.

No. 252PA88.

Case below: 90 N.C. App. 373.

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1988. Petition by the State for writ of supersedeas allowed 28 July 1988.